UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMMY A. CAPERTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-0040-WTL-DKL |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Respondent. | ) |

**Entry Granting *In Forma Pauperis* Status and Directing Service of Process**

**I.**

The plaintiff's request to proceed *in forma pauperis* [dkt. no. 2] is **granted.** The filing fee of $350.00 is payable in installments of $35.00, with the first installment due February 1, 2016.

**II.**

The clerk is directed to **issue summons** to the defendant and to other officials designated pursuant to *Fed. R. Civ. P.* 4(i)(2).

The Marshal for this District is directed to **serve** the summons and complaint, with a copy of this Entry, at the expense of the United States.

**IT IS SO ORDERED.**

Date: 1/7/16

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jennifer Hess, Petit & Hess, 2000 E. 116th Street, #106, Carmel, IN 46032
Office of the United States Attorney, 10 West Market Street, Suite 2100,
    Indianapolis, IN   46204-3048
United States Marshal, 46 East Ohio Street, 179 U.S. Courthouse, Indianapolis, IN 46204
Financial Deputy Clerk