# Court Transcript Index

Civil Action Number: 1:16-CV-00040
Claimant: Tammy Ann Caperton
Account Number: 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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 11/05/2015 | 1-6 | 6 |
| Transcript of Oral Hearing (TRANHR), dated 07/24/2014 | 7-68 | 62 |
| Request for Review of Hearing Decision/Order (HA 520), dated 10/03/2014 | 69-73 | 5 |
| ALJ Hearing Decision (ALJDEC), dated 08/09/2014 | 74-91 | 18 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Transmittal, dated 04/03/2013 | 92 | 1 |
| 2A | Disability Determination Transmittal, dated 06/11/2013 | 93 | 1 |
| 3A | Disability Determination Explanation | 94-102 | 9 |
| 4A | Disability Determination Explanation | 103-113 | 11 |
| 1B | T2 Notice of Disapproved Claim, dated 04/09/2013 | 114-117 | 4 |
| 2B | Representative Fee Agreement, dated 05/02/2013 | 118-120 | 3 |
| 3B | Appointment of Representative, dated 05/06/2013 | 121-122 | 2 |
| 4B | Request for Reconsideration, dated 05/13/2013 | 123 | 1 |
| 5B | T2 Disability Reconsideration Notice, dated 06/11/2013 | 124-130 | 7 |
| 6B | Request for Hearing by ALJ, dated 07/02/2013 | 131 | 1 |
| 7B | Request for Hearing Acknowledgement Letter, dated 08/07/2013 | 132-138 | 7 |
| 8B | Hearing Notice, dated 06/17/2014 | 139-156 | 18 |
| 9B | Acknowledge Notice of Hearing, dated 06/20/2014 | 157 | 1 |
| 10B | Acknowledge Notice of Hearing, dated 06/25/2014 | 158 | 1 |
| 11B | Notice Of Hearing Reminder, dated 07/10/2014 | 159-164 | 6 |
| 1D | Application for Disability Insurance Benefits, dated 02/15/2013 | 165-171 | 7 |
| 2D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 11/20/2013 | 172-175 | 4 |
| 3D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 06/17/2014 | 176-178 | 3 |
| 1E | Disability Report - Field Office, dated 02/15/2013 | 179-181 | 3 |
| 2E | Disability Report - Adult, dated 02/15/2013 | 182-189 | 8 |
| 3E | 3rd Party Function Report - Adult, dated 03/04/2013, from TIMMIE CAPERTON | 190-197 | 8 |
| 4E | Function Report - Adult, dated 03/04/2013, from CAPERTON, TAMMY ANN | 198-206 | 9 |
| 5E | Disability Report - Appeals, dated 05/02/2013 | 207-215 | 9 |
| 6E | Disability Report - Field Office, dated 05/13/2013 | 216-217 | 2 |

DATE: February 16, 2016

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number: 1:16-CV-00040
Claimant: Tammy Ann Caperton
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 7E | Function Report - Adult, dated 05/23/2013, from CAPERTON, TAMMY ANN | 218-226 | 9 |
| 8E | Disability Report - Appeals, dated 08/05/2013 | 227-234 | 8 |
| 9E | Disability Report - Field Office, dated 08/06/2013 | 235-236 | 2 |
| 10E | Disability Report - Appeals, dated 08/06/2013 | 237-241 | 5 |
| 11E | Representative Correspondence, dated 11/20/2013, from Case readiness Letter | 242-252 | 11 |
| 12E | Employer Correspondence, dated 12/06/2013, from Cintas | 253-255 | 3 |
| 13E | Work Background | 256-257 | 2 |
| 14E | Recent Medical Treatment | 258 | 1 |
| 15E | Medications | 259-260 | 2 |
| 16E | Representative Brief/AC-1, dated 10/07/2014 | 261-268 | 8 |
| 1F | Progress Notes, dated 02/12/2010 to 11/13/2012 | 269-284 | 16 |
| 2F | Hospital Records, dated 04/27/2012 to 01/27/2013, from ROCKVILLE PLAZA FAMILY PRACTICE | 285-329 | 45 |
| 3F | Hospital Records, dated 01/21/2013 to 02/09/2013, from COMMUNITY WESTVIEW HOSPITAL | 330-338 | 9 |
| 4F | Hospital Records, dated 03/02/2012 to 02/28/2013, from JAMES S COHEN MD | 339-354 | 16 |
| 5F | CE Psychology, dated 03/05/2013, from J. MARK DOBBS, PSY.D. | 355-362 | 8 |
| 6F | Consultative Examination Report, dated 03/11/2013, from INDIANAPOLIS MEDICAL EVALUATION | 363-367 | 5 |
| 7F | Hospital Records, dated 01/22/2013 to 03/19/2013, from JAMES S COHEN MD | 368-373 | 6 |
| 8F | Progress Notes, dated 02/01/2012 to 05/28/2013, from STEPHANIE OVERMARS DO | 374-383 | 10 |
| 9F | Office Treatment Records, dated 01/05/2010 to 06/17/2013, from CAPERTON, TAMMY ANN | 384-414 | 31 |
| 10F | Progress Notes, dated 12/11/2009 to 06/18/2013, from CAPERTON, TAMMY ANN | 415-444 | 30 |
| 11F | Progress Notes, dated 02/12/2010 to 07/08/2013 | 445-463 | 19 |
| 12F | Office Treatment Records, dated 08/06/2013, from Community West | 464-465 | 2 |
| 13F | Office Treatment Records, dated 11/01/2013 to 05/31/2014, from Indiana Internal Medicine Consultants | 466-495 | 30 |
| 14F | Office Treatment Records, dated 12/11/2009 to 06/18/2013, from James S. Cohen, M.D. | 496-557 | 62 |

DATE: February 16, 2016

The documents and exhibits contained in this administrative record are the best copies obtainable.