UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TAMMY A. CAPERTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Case No. 1:16-cv-40-WTL-MPB |
| vs. | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| *Commissioner of the* | ) |
| *Social Security Administration,* | ) |
| | ) |
| **Defendant.** | ) |

<u>**ENTRY FOR MARCH 17, 2016**</u>
<u>**HONORABLE WILLIAM T. LAWRENCE**</u>

The Plaintiff in this cause seeks judicial review of the denial of Social Security benefits. The record of the administrative proceedings has now been filed. Accordingly, the Plaintiff shall submit a brief in support of the complaint **within 60 days of the date of this Entry;** the Defendant shall submit a brief in response **within 30 days of the date the Plaintiff's brief is filed;** and any reply by the Plaintiff shall be filed **within 15 days of the date the Defendant's response brief is filed.** The failure to file a timely opening brief or response brief may result in the summary disposition of this case.

Distribution to all registered counsel via electronic notification